IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYDA E. RIGGS-NIX,<br><br>    Plaintiff,<br><br>  v.<br><br>WHOLE FOODS MARKET, INC.,<br>GROUP LONG TERM DISABILITY<br>PLAN, and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____/ | No. C 07-01352 WHA<br><br><br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE**<br>**AND RELATED INITIAL**<br>**DEADLINES** |

The case management conference, currently set for June 14, 2007, is hereby **CONTINUED** to **JULY 5, 2007, AT 11:00 A.M.** Please file a joint case management statement by June 28, 2007. All initial deadlines are **EXTENDED** accordingly.

**IT IS SO ORDERED.**

Dated: June 6, 2007.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE