1  Thomas K. Hockel (SBN 172367)
   KELLY HERLIHY & KLEIN, LLP.
2  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104-4798
3  Tel.: (415) 951-0535
   Fax: (415) 391-7808
4  jaklein@kelher.com
   thockel@kelher.com
5
   Attorneys for Defendant
6  WHOLE FOODS MARKET, INC.,
   GROUP LONG TERM DISABILITY PLAN
7

8  Michael S. Henderson (SBN 175608)
9  TEAL & MONTGOMERY
   815 Fifth Street, Suite 200
10 Santa Rosa, California 95404
   Telephone: (707) 525-1212
11 Facsimile: (707) 544-1388
   mhenderson@tealmontgomery.com
12
13 Attorneys for Plaintiff MAYDA RIGGS-NIX

14              UNITED STATED DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16

17 MAYDA E. RIGGS-NIX,              ) Case No.: 1-07-1352 WHA
                                    )
18         Plaintiff,               ) **STIPULATED REQUEST FOR ORDER**
                                    ) **CHANGING TIME;** ~~PROPOSED ORDER~~
19     vs.                          )
                                    )
20                                  )
   WHOLE FOODS MARKET, INC. GROUP   )
21 LONG TERM DISABILITY PLAN and    )
   DOES 1 through 50, inclusive,    )
22                                  )
                                    )
23         Defendant.               )
                                    )
24

25

26

27

28
   **STIPULATED REQUEST FOR ORDER CHANGING TIME;** ~~PROPOSED~~ ORDER

                                    Case No.: 1-07-1352 WHA

1       Pursuant to Local Rule 6-2, defendant Whole Foods Market, Inc., Long Term Disability

2  Plan ("defendant" or "the plan") and plaintiff Mayda Riggs-Nix ("plaintiff"), by and through

3  their respective counsel, submit this stipulated request for an order changing time.

4                         **RECITALS**

5      1.     On July 5, 2007, the Court issued its Case Management Order. The Order

6  provided, *inter alia,* that all initial disclosures must be completed by July 20, 2007. The order

7  also required defendant to file the "administrative record" and its motion for summary judgment

8  by August 30, 2007.

9      2.     Defendant has not received plaintiff's initial disclosures.

10      3.     On August 15, 2007, counsel for defendant sent an email to plaintiff's counsel

11  inquiring into the status of plaintiff's initial disclosures and suggesting the parties agree to move

12  summary judgment deadline a month. Defense counsel did not receive a reply to the email.

13      4.     On August 20, 2007, defense counsel called plaintiff's counsel and left a

14  voicemail inquiring into the status of plaintiff's initial disclosures and suggesting the parties

15  stipulate to move the deadline for the motion for summary judgment. Defense counsel did not

16  hear back from him.

17      5.     On August 21, 2007, defense counsel called plaintiff's counsel again and left

18  another voicemail about the disclosures and the motion deadline. Defense counsel advised

19  plaintiff's that, if he did not hear back from him, defense counsel would file a request for an

20  extension.

21      6.     Defense counsel did not hear back from plaintiff's counsel. Therefore, he filed a

22  Motion to Enlarge Time on August 22, 2007.

23      7.     After receiving defendant's motion, plaintiff's counsel called and conferred with

24  defense counsel on August 23, 2007. Plaintiff's counsel explained that he had been out of town

25  and therefore had not responded to defense counsel's communications. Plaintiff's counsel also

26  explained that he did not send disclosures because he believed plaintiff would not have anything

27  to disclose that defendant would not already have (i.e., records in the claim file or appeal

28  documents). Defense counsel explained his reason for wanting to be able to compare the parties'

-1-

**STIPULATED REQUEST FOR ORDER CHANGING TIME; ~~PROPOSED~~ ORDER**

Case No.: 1-07-1352 WHA

1  respective documents, including but not limited to ensuring that the administrative record is

2  complete and accurate.

3       8.    Counsel have agreed that plaintiff will re-copy and send to defense counsel

4  plaintiff's disclosures including all claim/appeal documents in their files.

5       9.    Defendant will need time to receive, review, compare and analyze plaintiff's

6  disclosures and documents in advance of filing the motion for summary judgment.

7       10.    Plaintiff's counsel has no objection to an enlargement of time to enable this to

8  occur.

9       WHEREFORE, the parties stipulate to and request an order as follows:

10       1.    That the deadline for defendant's filing of the summary judgment be extended

11  from the current deadline of August 30, 2007 to **September 27, 2007** (or another later date that

12  is convenient to the Court), to be heard on a 35-day track with opposition, any request for

13  discovery, and reply as previously ordered.

14       2.    That the Case Management Conference set for November 8, 2007, at 11:00 a.m.,

15  be re-schedule to accommodate the new briefing schedule on the motion for summary judgment.

16      **IT IS SO STIPULATED.**

    I

17      Dated: August 23, 2007        KELLY, HERLIHY & KLEIN LLP

18

19                         By /s/ Thomas K. Hockel

20                              Thomas K. Hockel
                            Attorneys for Defendant
                       WHOLE FOODS MARKET, INC., LONG

21                              TERM DISABILITY PLAN

22

23      Dated: August 23, 2007        TEAL & MONTGOMERY

24

25

26                         By /s/ Michael S. Henderson
                            Michael S. Henderson
                            Attorneys for Plaintiff

27                              MAYDA RIGGS-NIX

28

-2-

**STIPULATED REQUEST FOR ORDER CHANGING TIME;** ~~PROPOSED~~ **ORDER**

Case No.: 1-07-1352 WHA

## ORDER

Having reviewed the parties' Stipulated Request, the Court hereby orders the following:

1.    The deadline for defendant's filing of the summary judgment be extended from the current deadline of August 30, 2007 to **September 27, 2007,** to be heard on a 35-day track with opposition, any request for discovery, and reply as previously ordered.

2.    The Case Management Conference set for November 8, 2007, at 11:00 a.m., is hereby continued to _____December 20, 2007_____ at 11:00 a.m.  No further extensions will be granted.

**IT IS SO ORDERED.**

Dated:    ____August 27, 2007____

UNITED STATES DISTRICT JUDGE

-3-

**STIPULATED REQUEST FOR ORDER CHANGING TIME; PROPOSED ORDER**

Case No.: 1-07-1352 WHA