Jonathan Allan Klein (SBN 162071)
Thomas K. Hockel (SBN 172367)
KELLY HERLIHY & KLEIN, LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
thockel@kelher.com

Attorneys for Defendant WHOLE FOODS MARKET, INC
GROUP LONG TERM DISABILITY PLAN

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYDA E. RIGGS-NIX,<br><br>Plaintiff,<br><br>vs.<br><br>WHOLE FOODS MARKET, INC. GROUP LONG TERM DISABILITY PLAN and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: 1-07-1352<br><br>**STIPULATION FOR DISMISSAL** |

The parties, by and through their respective counsel of record, hereby stipulate to a dismissal, with prejudice, of this action in its entirety, each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: December 12, 2007     KELLY, HERLIHY & KLEIN LLP

By /s/Thomas K. Hockel
Thomas K. Hockel
Attorneys for Defendant
WHOLE FOODS MARKET, INC., LONG TERM DISABILITY PLAN

Dated: December 12, 2007     TEAL & MONTGOMERY

By /s/ Michael S. Henderson
Michael S. Henderson
Attorneys for Plaintiff
MAYDA RIGGS-NIX

January 23, 2008.     SO ORDERED.

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR DISMISSAL

Case No.: 1-07-1352 WHA